IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| DIANA VAZQUEZ-VALENTIN,<br><br>              Plaintiff<br><br>              v.<br><br>VICTOR J. SANTIAGO-DIAZ, et al.,<br><br>              Defendants | CIVIL NO. 01-1788 (JP)<br><br>**UNDER SEAL** |

### FINAL JUDGMENT

The parties hereto have informed the Court that they have settled this case. Pursuant thereto, the Court **ENTERS JUDGMENT FOR PLAINTIFF** Diana Vázquez-Valentín ("Vázquez") to have and recover **FIFTEEN THOUSAND DOLLARS ($15,000.00)** from Defendant Municipality of Toa Baja, to be paid during the next budget term of the Municipality. The terms of the parties' settlement agreement (No. 164-2) are incorporated herein and made a part hereof.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 28th day of February, 2008.

                                        s/Jaime Pieras, Jr.
                                         JAIME PIERAS, JR.
                                  U.S. SENIOR DISTRICT JUDGE